No. 99–8124. PADILLA-MENA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8125. ROBINSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–866. ORSON, INC., T/A ROXY SCREENING ROOMS v. MIRAMAX FILM CORP. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 99–944. CHENOWETH, MEMBER OF CONGRESS, ET AL. v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Motion of Landmark Legal Foundation for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 99–950. CONSOLIDATED RAIL CORPORATION v. WIGHTMAN, ADMINISTRATRIX OF THE ESTATE OF WIGHTMAN, DECEASED, ET AL. Sup. Ct. Ohio. Motions of Alliance of American Insurers et al. and Association of American Railroads for leave to file briefs as amici curiae granted. Certiorari denied.

No. 99–981. PENNSYLVANIA v. HALYE. Super. Ct. Pa. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 99–1041. PRYOR, ATTORNEY GENERAL OF ALABAMA, ET AL. v. SUMMIT MEDICAL ASSOCIATES, P. C., ET AL. C. A. 11th Cir. Motion of James Clancy for leave to file a brief as amicus curiae denied. Certiorari denied.

No. 98–9749. MCFALL v. DEPARTMENT OF AGRICULTURE, 528 U. S. 1003;

No. 99–5960. RODRIGUEZ v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 528 U. S. 971;

No. 99–6507. PRAVDA v. SARATOGA COUNTY, NEW YORK, ET AL., 528 U. S. 1063;

No. 99–6915. IN RE DORROUGH, 528 U. S. 1017; and

No. 99–7105. EATON v. DAKOTA COUNTY HOUSING REDEVELOPMENT AUTHORITIES ET AL., 528 U. S. 1131. Petitions for rehearing denied.